THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS NATALE, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued April 19, 1949; decided May 26, 1949.

*Francis A. McGrath* and *William C. Mattison* for appellant. *Charles F. Preusse, Acting Corporation Counsel* (*Stanley Buchsbaum* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.